UNITED STATES DISTRICT COURT
LAFAYETTE-OPELOUSAS DIVISION

THOMAS P. ADAMS
TREASA ADAMS

VS.                                                            CIVIL ACTION NO. 06-1024
ROWAN DRILLING CO., INC.
ROWAN COMPANIES, INC.
LOUISIANA WORKERS COMPENSATION
CORP.

## JUDGMENT OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled,

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

IT IS FURTHER ORDERED that the parties are to submit to the Court a Joint Stipulation of Dismissal pursuant to Fed.R.Civ.P.41 within sixty (60) days of entry of this judgment.

THUS DONE AND SIGNED at Lafayette, Louisiana, this 16th day of May, 2007.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE